UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTONIO PORTER

                    Plaintiff,

    v.

CITY OF SEATTLE, et al.,

                  Defendants.

Case No. 2:23-cv-293-JNW-TLF

ORDER GRANTING EXTENSION

This matter comes before the Court on plaintiff's motion for an extension of time to respond to the Order to Show Cause (Dkt. 7). Dkt. 8. By Order dated April 17, 2023, plaintiff was ordered to show cause why this matter should not be dismissed or, alternatively, to file an amended complaint curing the deficiencies outlined in the Court's Order. Dkt. 7. Plaintiff was given a deadline to amend or show cause by May 12, 2023. *Id*. Plaintiff filed a motion for extension of time requesting additional time because of limited access to the law library. Dkt. 8.

The Court finds good cause for an extension and GRANTS the motion. Accordingly, plaintiff must show cause or file his amended complaint on or before June 2, 2023, or the Court will recommend dismissal of this action. The Clerk is directed to send a copy of this Order to plaintiff.

Dated this 10th day of May, 2023.

Theresa L. Fricke
United States Magistrate Judge