# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| ANTONIO PORTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SEATTLE, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-293-JCC-TLF<br><br>ORDER APPOINTING COUNSEL |

　　　This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff filed this action *pro se* and *in forma pauperis*.

　　　On April 29, 2024 plaintiff moved for an appointment of counsel. Dkt. 31. On June 12, 2024, the Court, having reviewed the balance of the record and the procedural posture of the litigation, found that appointment of counsel would be in the interest of justice. Dkt. 32. Accordingly, the Court directed the Clerk to identify counsel from the Pro Bono Panel to represent plaintiff for the duration of the action. *Id*. The Court has now been advised that the Clerk has identified pro bono counsel willing to represent plaintiff in this action.

　　　Accordingly, the Court ORDERS as follows:

1. The Court hereby appoints Samuel J. Daheim, Connelly Law Offices PLLC, 2301 N 30th St, Tacoma, WA 98403, 253-593-5100, SDaheim@connelly-law.com; and Dalia Ibrahim, Connelly Law Offices PLLC, 2301 N 30th St,

ORDER APPOINTING COUNSEL - 1

Tacoma, WA 98403, 253-593-5100, <u>DIbrahim@connelly-law.com</u>, as counsel for plaintiff.

2. Counsel are directed to file a Notice of Appearance within ten (10) calendar days from this order. If counsel is unable to assume this representation, a motion for relief from appointment should immediately be filed.

3. The Clerk is directed to send a copy of this Order to plaintiff, to counsel for plaintiff, to counsel for defendant, and to the Honorable Jamal N. Whitehead.

Dated this 5th day of September, 2024.

Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING COUNSEL - 2