Hon. Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTONIO PORTER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SEATTLE, a political subdivision of the State of Washington d/b/a Seattle Police Department, GABRIEL LADD, an individual, WESTIN ADAMS, an individual, and LAUREN TRUSCOTT, and individual<br><br>Defendants. | No.   2:23-cv-293-JNW-TLF<br><br>ORDER RE:<br><br>UNOPPOSED MOTION TO EXTEND CASE SCHEDULE<br><br>NOTED ON MOTION CALENDAR<br>February 28, 2025 |

The parties, by and through their respective counsel of record, respectfully request that the Court enter an order extending case deadlines.

The reason for this request is that Plaintiff needs additional time to gather outstanding records, primarily medical records, to have them reviewed by expert witnesses in advance of upcoming discovery deadlines. Requests for medical records went out late last year after counsel's appointment and initial face-to-face meeting with the Plaintiff and gathering records in this case has taken several

UNOPPOSED MOTION TO
EXTEND CASE SCHEDULE - 1
(2:23-cv-293-JNW-TLF)

months. Plaintiff's counsel have been diligent in attempts to gather said records, but unfortunately are still in the process of getting a complete file together for review by expert witnesses. Additionally, Plaintiff needs additional time to complete lay-witness depositions and review written discovery.

This is Plaintiff's first request for an extension of the case schedule. The City does not oppose Plaintiff's request.

The parties are available for trial on or after April 2026, subject to the court's availability and the following unavailability of the parties:

- November 2026
- December 2026
- January 2027

Additionally, the parties ask that there are at least 8 weeks between the consideration of dispositive motions and the trial date.

Based on the foregoing, good cause exists to extend the case deadlines and the parties request that the court grant the extension.

DATED this 28th day of February 2025.

By /s/ Samuel J. Daheim
Samuel J. Daheim, WSBA No. 52746
Dalia Ibrahim, WSBA No. 61252
CONNELLY LAW OFFICES, PLLC
2301 N. 30th St.
Tacoma, WA 98403
Attorneys for Plaintiff

Agreed to by: /s/ Catherine E. Riedo
Catherine E. Riedo, WSBA# 50418
Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Attorney for Defendants

UNOPPOSED MOTION TO
EXTEND CASE SCHEDULE - 2
(2:23-cv-293-JNW-TLF)

**ORDER**

Based upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Order Setting Trial Dates And Related Dates (Docket #37) shall be, and hereby is, amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| Jury Trial begins | October 14, 2025 | April 6, 2026 |
| Length of trial | *See* JSR | *See* JSR |
| Disclosure of expert testimony under FRCP 26(a)(2) | March 18, 2025 | October 8, 2025 |
| Disclosure of rebuttal expert testimony under FRCP 26(a)(2) | Within 30 days after the other party's expert disclosure | Within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*See* LCR 7(d)) | April 17, 2025 | November 7, 2025 |
| Discovery completed by | May 19, 2025 | December 12, 2025 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*See* LCR 7(d)) | September 4, 2025 | January 26, 2026 |
| Settlement conference under LCR 39.1(c)(2) must be held no later than | August 15, 2025 | February 6, 2026 |
| All motions in limine must be filed by (*See* LCR 7(d)) | September 4, 2025 | February 25, 2026 |

| | | |
|---|---|---|
| Deposition designation must be submitted to the court by (*See* LCR 32(e)) | September 23, 2025 | March 16, 2026 |
| Agreed pretrial order due | September 23, 2025 | March 16, 2026 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | September 30, 2025 | March 23, 2026 |
| Pretrial conference | October 7, 2025 | March 31, 2026 |

Dated this 26th day of March, 2025.

_____
Honorable Jamal N Whitehead

UNOPPOSED MOTION TO
EXTEND CASE SCHEDULE - 4
(2:23-cv-293-JNW-TLF)